STATE of Missouri, Respondent,

v.

Mark Edward DOUGAN, Appellant.

No. WD 60687.

Missouri Court of Appeals,
Western District.

Sept. 3, 2002.

Nancy A. McKerrow, Asst. Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Sara L. Trower, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before ROBERT G. ULRICH, P.J., PAUL M. SPINDEN and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Mark Dougan appeals his convictions following jury trial for driving while intoxicated, section 577.010, RSMo 2000, and driving while his license was suspended, section 302.321, RSMo 2000, and consecutive sentences of five and two years imprisonment, respectively. In his sole point on appeal, Mr. Dougan claims that the trial court erred in denying his *pro se* motion for new trial on the basis of newly discov-

ered evidence. The judgment of convictions is affirmed. Rule 30.25(b).